**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| Dana Carney,<br><br>    Plaintiff,<br><br>  – against–<br><br><br>Discover Bank, Trans Union, LLC, and Equifax Information Services, LLC,<br><br>    Defendant(s). | Civil Action No. 1:17-CV-1424 |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that all matters herein have been compromised and settled as between Plaintiff and Defendant, Discover Bank. Plaintiff intends on filing a Stipulation of Dismissal with Prejudice and Proposed Order once the settlement is consummated.

                                    Respectfully submitted,

                                    *s/ Antranig N. Garibian*
                                    Antranig N. Garibian
                                    Garibian Law Offices, P.C.
                                    1010 Bancroft Parkway, Suite 22
                                    Wilmington, DE 19805
                                    Telephone: 302-722-6885
                                    Email: ag@garibianlaw.com
                                    *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

  I, Antranig Garibian, Esq., hereby certify that a copy of the Notice of Settlement between Plaintiff and Defendant, Discover Bank has been filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

        Respectfully submitted,

        *s/ Antranig N. Garibian*____
        Antranig N. Garibian
        Garibian Law Offices, P.C.
        1010 Bancroft Parkway, Suite 22
        Wilmington, DE 19805
        Telephone:  302-722-6885
        Email: ag@garibianlaw.com
        *Counsel for Plaintiff*