# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| Dana Carney,<br><br>       Plaintiff,<br><br>– against–<br><br>Discover Bank, Trans Union, LLC, and Equifax Information Services, LLC,<br><br>       Defendant(s). | Case No. 1:17-cv-01424-RDM<br><br>**STIPULATION OF DISMISSAL AS TO DISCOVER BANK ONLY** |

Plaintiff, by counsel, and Defendant Discover Bank, by counsel, hereby stipulate and agree that Plaintiff's cause against Discover should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Dated:  October 17, 2018

Respectfully yours,

By: */s/ Antranig Garibian*
Antranig Garibian, Esq. (Bar No. 4962)
**Garibian Law Offices, P.C.**
1010 N. Bancroft Parkway, Suite 22
Wilmington, DE 19805
Tel (302) 722-6885
Email: ag@garibianlaw.com
*Counsel for Plaintiff*

By: */s/ Benjamin P. Chapple*
Benjamin P. Chapple, Esq. (Bar No. 5871)
**Reed Smith LLP**
1201 Market Street, Suite 1500
Wilmington, DE 19801
Tel: (302) 573-3503
Email: bchapple@reedsmith.com
*Counsel for Defendant Discover Bank*