# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANA CARNEY, | : |
| Plaintiff, | : |
| v. | :    1:17-CV-1424 |
| | :    (JUDGE MARIANI) |
| DISCOVER BANK, et al., | : |
| Defendants. | : |

## ORDER

**AND NOW, THIS 19th DAY OF OCTOBER, 2018**, upon receipt of the parties' "Stipulation of Dismissal as to Discover Bank Only" (Doc. 24), **IT IS HEREBY ORDERED THAT:**

1. All claims of Plaintiff Dana Carney against Defendant Discover Bank are **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorneys' fees.

2. All other defendants having previously been dismissed from this action (*see* Doc. 17 (dismissing Defendant Trans Union, LLC)); Doc. 21 (dismissing Defendant Equifax Information Services, LLC)), the Clerk of Court is directed to **CLOSE** the above-captioned case.

Robert D. Mariani
United States District Judge